IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN L. LOMAX,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 13-cv-331-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing plaintiff's appeal.

| s/V. Olmo | 8/28/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |